# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LYNN A. PADGETT, | : | No. 530 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRADFORD COUNTY, PENNSYLVANIA, | : | |
| JEFFREY A. SMITH AND ROBERT | : | |
| MCGUINESS, AND DANIEL J. BARRETT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.